IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., ) | Bk. No. 12-11564 (CSS) |
| et al., ) | Adv. No. 13-50530 (CSS) |
| ) | |
| Debtors. ) | |
| ) | |
| OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF ALLIED ) | |
| SYSTEMS HOLDINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 13-1010-SLR |
| ) | |
| MARK GENDREGSKE, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 18th day of February, 2015, there being no activity in the above case since defendant's letter of September 23, 2014;

IT IS ORDERED that, on or before **March 17, 2015**, plaintiff shall submit a status report.

_____
United States District Judge