IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> ALLIED SYSTEMS HOLDINGS, INC., <br> et al., <br><br> Debtors. | ) Chapter 11 <br> ) Bank. No. 12-11564 (CSS) <br> ) Adv. No. 13-50530 (CSS) <br> ) <br> ) |
| OFFICIAL COMMITTEE OF <br> UNSECURED CREDITORS OF <br> ALLIED SYSTEMS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK GENDREGSKE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 13-1010-SLR <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington this 9th day of April, 2015, having reviewed the parties' respective status reports submitted in connection with the above captioned litigation (D.I. 13, 15, 16);

IT IS ORDERED that:

1. The motion to withdraw the reference (D.I. 1) is granted, in light of Judge Sontchi's opinion finding the claims asserted against defendant are non-core proceedings which seek legal relief. (D.I. 16, ex. A). Therefore, such claims shall be tried by a jury before this court.

2. The court shall conduct a telephonic scheduling conference on **April 23, 2015 at 10:00 a.m.**, with plaintiff's counsel initiating the call.  The parties shall confer prior to the conference and try to reach agreement on the parameters of the pretrial process, using the court's non-patent form scheduling order as a guide and having as a goal the efficiencies of coordinating their discovery efforts with the ongoing adversary proceedings in the bankruptcy court (Adv. No. 13-50530).

_____
United States District Judge